**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

October 31, 2008

Honorable Peter G. Sheridan
United States District Judge
Martin Luther King, Jr., Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: United States v. Se Ran Cho, Crim. No. 08-623 (PGS)

Dear Judge Sheridan:

The sentencing hearing in the above-captioned case is scheduled to take place before Your Honor on December 23, 2008, at 10:30 A.M. This letter is to advise the Court that undersigned counsel is unable to appear on that date due to pre-paid travel plans, and therefore requests an adjournment to a date after December 29, 2008, or prior to December 22, 2008.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

Candace Hom
Assistant Federal Public Defender

cc: Bradley Harsch, AUSA
 Se Ran Cho

SO ORDERED: [signature]
DATED: 11/03/08